JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUDY RIVAS,

                 Petitioner,

         v.

J. JOHNSON et al.,

                 Respondents.

Case No. 5:26-cv-01718-MCS-AJR

**JUDGMENT**

         Pursuant to the Order Re: Report and Recommendation of United States Magistrate Judge,

         IT IS HEREBY ADJUDGED that the Petition is granted. Respondents shall provide Petitioner with an individualized bond hearing before a neutral immigration judge within seven days of entry of this Order, in accordance with 8 U.S.C. § 1226(a). If Respondents do not provide Petitioner with an individualized bond hearing within seven days, they must immediately release him.

Dated: April 22, 2026

_Mark C. Scarsi_

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE